Before STATE INDUSTR AL BOARD, Respondent.    ANNIE GINSBERG, Respondent, v. ROSEHILL REALTY CORPORATION and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that at the time the award was made the evidence did not show that any request was made of the employer or carrier to furnish the medical or hospital attendance allowed for, or that any report of the injury and the treatment given was furnished by the physician to the employer and the Industrial Board at any time following the treatment, as required by section 13 of the [Workmen's] Compensation Law.*    All concur.

Before STATE INDUSTRIAL BOARD, Respondent.    PATRICK GREENE, Respondent, v. LINDLEY M. GARRISON, as Receiver of BROOKLYN RAPID TRANSIT COMPANY, Appellant.— Award reversed, and matter remitted to the State Industrial Board, the claimant being dead.    All concur.

Before STATE INDUSTRIAL BOARD, Respondent.    ANTONIO GIAMMARINO, Respondent, v. BROOKLYN UNION GAS COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    JAMES A. GALLAGHER, Respondent, v. LORD & BURNHAM COMPANY and Another, Appellants.— Motion denied.

HOWARD S. HALL and Another, Respondents, v. FRANK J. VAN COTT, as Surviving Partner of the Copartnership of J. W. VAN COTT & SON, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent.    FRANK P. HARRINGTON, Respondent, v. CONANT'S SONS, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    JOHN B. HANSON, Respondent, v. LEWIS S. RUBNER, Appellant, and TRAVELERS INSURANCE COMPANY, Respondent.— Award and decision unanimously affirmed, with costs in favor of the insurance carrier against the employer.

Before STATE INDUSTRIAL BOARD, Respondent.    EVELYN BORST HOLZEL, Appellant, v. HUDSON RIVER STATE HOSPITAL and Another, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent.    KARL HOAGLANDER, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

---

* Amd. by Laws of 1918, chap. 634; now Workmen's Compensation Law of 1922, § 13.— [REP.